**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 73 EAL 2018

                 Petitioner          :

                                 :    Petition for Allowance of Appeal from

                                 :    the Order of the Superior Court

         v.                    :

                                 :

ANTHONY FORD,                 :

                                 :

                 Respondent       :

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.